IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 12-cv-01142-CMA-MJW

NAZARIO MEDINA,

    Plaintiff,

v.

ALLIED INTERSTATE LLC, a Minnesota limited liability company,

    Defendant.
_____

**ORDER DISMISSING CASE WITH PREJUDICE**
_____

    THE COURT having reviewed the Notice of Dismissal with Prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) (Doc. # 9), filed June 5, 2012, and being fully advised in the premises, DOES HEREBY ORDER that this case is Dismissed with Prejudice, with each party to pay his or its own attorney's fees and costs.

    DATED: June 5, 2012

                              BY THE COURT:

                              _____
                              CHRISTINE M. ARGUELLO
                              United States District Judge